DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
SERGIO GUTIERREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 6:10-mj-00129 MJS |
| | ) | |
| Plaintiff, | ) | MOTION AND MEMORANDUM |
| | ) | FOR PLEA IN ABSENTIA |
| v. | ) | |
| | ) | |
| SERGIO GUTIERREZ, | ) | Time:  December 20, 2011 at 10:00 a.m. |
| | ) | Magistrate Judge:  Michael J. Seng |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

### <u>MOTION FOR PLEA IN ABSENTIA</u>

Defendant, Sergio Gutierrez, by and through his attorney, hereby moves this Court for permission to enter his plea in absentia.  Mr. Gutierrez makes this motion on the grounds that he resides four hours away from Yosemite National Park; he desires to enter the plea in absentia; and he will submit a written plea agreement.  Mr. Gutierrez's proposed agreement is a $300 fine for under the influence of alcohol.

The government has no objection to this request.  The plea will be entered at a date and time set by this Court.

///

///

///

///

## MEMORANDUM IN SUPPORT OF MOTION TO ENTER PLEA IN ABSENTIA

_____Mr. Sergio Gutierrez was charged by citations on August 9, 2010 with under the influence of alcohol to the degree of endangerment, in violation of 36 C.F.R. § 2.35(c); interference with a government employee engaged in an official duty, in violation of 36 C.F.R. § 2.32(a)(1); knowingly providing false information to an authorized person, in violation of 36 C.F.R. § 2.32(a)(3).   He entered pleas of not guilty to the charges.

Mr. Gutierrez now desires to enter a plea of guilty to under the influence of alcohol to the degree of endangerment, in violation of 36 C.F.R. § 2.35(c).  The other charges will be dismissed pursuant to the agreement.  The recommendation from the government will be a $300 fine, to be paid in full by February 1, 2012.

Mr. Gutierrez resides in Oakley, California, some four hours from Yosemite National Park.[1] Because of the distance, Mr. Gutierrez is requesting permission to enter the plea in absentia.  Entering the plea in absentia will save the Court and the parties time and resources.

///
///
///
///
///
///
///
///
///
///
///
///
///

[1]Mapquest indicates that the distance is three hours and thirty-five minutes. http://www.mapquest.com/maps.

Gutierrez / Motion and Memorandum
for Plea in Absentia                                  −2−

1    For the reasons stated, Mr. Gutierrez requests that the Court grant permission for him to enter the

2  plea in absentia.

3

4  Dated:  November 30, 2011                    Respectfully submitted,

5                                               DANIEL J. BRODERICK
                                                 Federal Defender
6

7                               By:    /s/ Melody M. Walcott

8                                      MELODY M. WALCOTT
                                       Assistant Federal Defender
9                                      Attorney for Defendant
                                       SERGIO GUTIERREZ
10

11

12                                    **ORDER**

13          IT IS SO ORDERED.

14
            Change of plea in absentia is set for 10:00 a.m. the  20th day of December , 2012.
15

16

17
            IT IS SO ORDERED.
18
    Dated:    December 1, 2011          /s/ *Michael J. Seng*
19                                      UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28

Gutierrez / Motion and Memorandum
for Plea in Absentia                        −3−